UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 472 |
| | ) Passing or Uttering Counterfeit |
| DONTRELL JEREMIAH REDD | ) Obligations or Securities |

CR123-001

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Passing or Uttering Counterfeit Obligations or Securities*
18 U.S.C. § 472

On or about July 26, 2022, in Richmond County, within the Southern District of Georgia, the defendant,

**DONTRELL JEREMIAH REDD,**

with intent to defraud, did attempt to pass and utter to First Community Bank a falsely made, forged, and counterfeited obligation of the United States, that is, a Treasury check in the amount of $1,266,213.00 made out to "Racks World LLC," check serial number 37072122, which he then knew to be falsely made, forged, and counterfeited.

All in violation of Title 18, United States Code, Section 472.

_____
David H. Estes
United States Attorney

_____
Jennifer A. Stanley
Assistant United States Attorney
Lead Counsel

_____
Tara M. Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division